(November 30, 1938.)

In the Matter of John S. McGrath, an Attorney.— In 1933 the attorney was charged with criminally receiving stolen property, and was on trial. The district attorney consented to take a plea of guilty to a misdemeanor, in the event he would file his resignation as a member of the bar. This disposition was made of the matter, and this court, acting upon the resignation and admissions, terminated his connection with the bar. Since 1933 it appears that his conduct has been good. The district attorney of the county, together with other members of the profession, recommended the reinstatement. Ordered, that John S. McGrath be permitted to withdraw his resignation and be reinstated as a member of the bar of this State. Present — Hill, P. J., Rhodes, McNamee and Heffernan, JJ.

Fourth Department, November, 1938.
(November 16, 1938.)

Mary Duke, Appellant, v. Metropolitan Life Insurance Company, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. Memorandum: We concur in the view expressed in the opinion of the court at Special Term. [See 163 Misc. 629.] Under the terms of the application for reinstatement there arose no liability for a period of two years after the attempted reinstatement if untrue statements of a material character were made in the application. The death of the insured having occurred within two years after the attempted reinstatement, the rights and liabilities of the parties were fixed at the date of death. All concur. (The portion of the order appealed from denies a motion for a summary judgment in an action upon a life insurance policy.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.